**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 11-cr-00437-LTB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. IAN BAKER,

Defendant.

---

## MINUTE ORDER

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

This will confirm that a status/scheduling hearing regarding Defendant Baker is set **Tuesday, January 17, 2012 at 10:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: December 21, 2011

---